# In the
# Indiana Supreme Court

FILED
JUN – 5 2012

| | | |
|---|---|---|
| Hannah LAKES, | ) | Supreme Court Cause No. |
| | ) | 89S05-1109-CT-531 |
| Appellant, | ) | |
| | ) | |
| v. | ) | Wayne Superior Court Cause No. |
| | ) | 89D01-0501-CT-002 |
| GRANGE MUTUAL CASUALTY CO., | ) | |
| Appellee. | ) | |

## ORDER

After the Court handed down an opinion in this appeal, *see* Lakes v. Grange Mut. Cas. Co., 964 N.E.2d 796 (Ind. 2012), Appellee, Grange Mutual Casualty Company, by counsel, filed a "Motion To Revise Footnote Number Three . . ." requesting that certain statements in the footnote be changed. Appellant did not file a response to the motion.

Being duly advised, the Court elects to revise the opinion by deleting Footnote 3. The time to seek rehearing with respect to the opinion has passed, and this order has no effect on that or any other deadline.

The Court has instructed Thomson Reuters to delete the footnote from the opinion when it is published in the bound volume of the North Eastern Second Reporter, the bound volume of Indiana Cases, and in the Westlaw electronic database.

The Clerk is directed to post this order to the Court's website, and to send a copy of this order to the Hon. Charles K. Todd, Jr., Judge, Wayne Superior Court and to all counsel of record. The Clerk is also directed to send a copy of this order to Thomson Reuters and Lexis/Nexis, but the order should not be published in any bound volume or electronic database.

Done at Indianapolis, Indiana, this 5th day of June, 2012.

Brent E. Dickson
Chief Justice of Indiana

All Justices concur.